IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| RICHARD R. LEONARD,<br><br>    Petitioner<br><br>VS.<br><br>WENDY THOMPSON,<br><br>    Respondent | NO. 3:05-CV-60 (CAR)<br><br>PROCEEDING UNDER 28 U.S.C. §2254<br>BEFORE THE U.S. MAGISTRATE JUDGE |

## O R D E R

This is a habeas corpus action commenced by the above-named petitioner under 28 U.S.C. §2254. Respondent has filed a MOTION TO DISMISS the action (Tab #8) contending that one of the petitioner's grounds for relief (ground three) is unexhausted. It would therefore be a "mixed" petition pursuant to *Rose v. Lundy*, 455 U.S. 509 (1982) and subject to dismissal. The petitioner voluntarily filed a MOTION TO DISMISS the unexhausted ground in order to continue with the other grounds (Tab #10), and after being advised by the undersigned that by taking that course, the unexhausted ground may be forever barred (Tab #11), the petitioner has opted to proceed under those circumstances. Tab #12.

Accordingly, petitioner's MOTION TO DISMISS ground three of his petition (Tab #10) is **GRANTED**, and respondent's MOTION TO DISMISS the action (Tab #8) is **DENIED**. Respondent is directed to address the remaining grounds for relief by filing her brief and supporting documentation **WITHIN THIRTY (30) DAYS** of the date of this order.

SO ORDERED AND DIRECTED, this 28th day of APRIL, 2006.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE