```
            IN THE UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF GEORGIA
                      ATHENS DIVISION
```

| | | |
|---|---|---|
| RICHARD R. LEONARD, | * | |
|     Petitioner, | * | |
| vs. | * | CASE NO. 3:05-CV-60 (CDL) |
| WENDY THOMPSON, Warden, | * | |
|     Defendants. | * | |
| _____ | * | |

### ORDER ON RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on December 2, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 5th day of January, 2009.

                                                   S/Clay D. Land
                                                    CLAY D. LAND
                                        UNITED STATES DISTRICT JUDGE